Opinion issued May 14, 2009















In The

Court of Appeals

For The

First District of Texas






NO. 01-08-01009-CV

____________


THE METHODIST HOSPITAL, Appellant


V.


SUSAN TABBAA, Appellee






On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2008-15069





 

MEMORANDUM OPINION

 

 On April 29, 2009, appellant, The Methodist Hospital, filed a motion to dismiss
its appeal after the trial court granted appellant's renewed motion to dismiss the claims
of appellee, Susan Tabbaa, rendering the appeal moot. The motion indicates that it is
unopposed. No opinion has issued. Accordingly, the motion is granted, and the
appeal is dismissed. See Tex. R. App. P. 42.1(a)(1).

 Any other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. See Tex. R. App.
P. 18.1.

PER CURIAM

 Panel consists of Justices Jennings, Alcala, and Higley.